IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

RICHARD P. KNIGHT,

      Appellant,

v.

SECRETARY, FLORIDA
DEPARTMENT OF
CORRECTIONS,

      Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D16-3855

Opinion filed January 3, 2017.

An appeal from the Circuit Court for Leon County.
Karen A. Gievers, Judge.

Richard P. Knight, pro se, Appellant.

Kenneth Steely, General Counsel, Pamela Jo Bondi, Attorney General, and
Jennifer J. Moore, Assistant Attorney General, Tallahassee, for Appellee.

PER CURIAM.

      AFFIRMED.

WETHERELL, MAKAR, and KELSEY, JJ., CONCUR.